IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFREDIA GLENN, | ] |
| Plaintiff, | ] |
| v. | ] 2:13-cv-1715-KOB |
| CHECKSMART FINANCIAL COMPANY, INC., et al., | ] |
| Defendants. | ] |

## FINAL ORDER

The court, having received the Joint Stipulation of Dismissal With Prejudice (doc. 33), DISMISSES Defendant CheckSmart Financial Company WITH PREJUDICE, with each party to bear her, his, or its own costs and fees. Because no other Defendants remain in this action, the court DISMISSES the action WITHOUT PREJUDICE to any related claims against parties who were not Defendants in this action.

DONE and ORDERED this 25th day of April, 2014.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE